IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS JOHNSON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF COLLINGDALE; | : | |
| OFFICER DEAN KEMP; OFFICER | : | |
| ROBERT MARVIL; CHIEF ROBERT | : | |
| ADAMS; CORPORAL EDWARD | : | |
| ROBINSON, | : | |
| Defendants. | : | No. 08-5613 |

### ORDER

AND NOW, this **25th** day of **September, 2009**, upon consideration of Defendants' motion for summary judgment, and Plaintiff's response thereto, and for the reasons contained in the Court's Memorandum dated **September 25, 2009**, it is hereby **ORDERED** that:

1. Defendants' motion for summary judgment (Document No. 20) is **GRANTED in part** and **DENIED in part** as follows:

    a. The motion is **GRANTED** as to Chief Robert Adams on the claims for unlawful arrest, unlawful use of force, and malicious prosecution.

    b. The motion is **GRANTED** as to Robert Marvil and Edward Robinson on the malicious prosecution claim.

    c. The motion is **DENIED** in all other respects.

2. By agreement of the parties, Borough of Collingdale is **DISMISSED** as a Defendant in this case.

BY THE COURT:

_____
Berle M. Schiller, J.